UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-03152-CAS-SSC | Date: April 21, 2025 |
| Title Gildardo M. Pacheco v. Superior Court of Orange County | |

Present: The Honorable **Stephanie S. Christensen**, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On April 17, 2024, *pro se* Petitioner Gildardo M. Pacheco filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF 1.) On February 12, 2024, the Court ordered Respondent to file an answer to the petition or a motion to dismiss. (ECF 7.) On March 6, 2025, Respondent filed a motion to dismiss the petition. (ECF 14.) Petitioner was required to file a response to the motion to dismiss no later than March 28, 2025. (ECF 13.) The deadline to file Petitioner's response has passed and the Court has not received any filing from Petitioner.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 2:24-cv-03152-CAS-SSC | Date: April 21, 2025 |
| Title | Gildardo M. Pacheco v. Superior Court of Orange County | |

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **May 12, 2025**, why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **May 12, 2025**.

If Petitioner files a response to the motion to dismiss by **May 12, 2025**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file timely a response to this order to show cause, or a response to the motion to dismiss, will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

Initials of Preparer     : ts