O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILDARDO M. PACHECO,<br><br>      Petitioner,<br><br>  v.<br><br>SUPERIOR COURT OF ORANGE COUNTY,<br><br>      Respondent. | Case No. 2:24-cv-03152-CAS-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court (1) accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation, (2) grants Respondent's motion to dismiss (ECF 14); (3) denies Petitioner's motion for leave to submit two demurrers pending an active civil hearing (ECF 21); and (4) denies Petitioner's motion for restoration of filing protocol (ECF 32).

IT IS ORDERED that judgment be entered dismissing the petition with prejudice as to grounds one and two, and without prejudice as to

refiling grounds three and four in a civil-rights action if Petitioner wishes to pursue such relief.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED: December 22, 2025

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2