JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILDARDO M. PACHECO, | Case No. 2:24-cv-03152-CAS-SSC |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF ORANGE COUNTY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is dismissed with prejudice as to grounds one and two, and without prejudice as to grounds three and four to allow Petitioner to file a civil-rights action on grounds three and four if he wishes to pursue such relief.

DATED: December 22, 2025

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE